Nancy M. Leonard, AZ #020875, *pro hac vice*
Heather M. Lake, admitted *pro hac vice*
CONSTANGY, BROOKS & SMITH, LLP
2600 Grand Boulevard, Suite 750
Kansas City, Missouri 64108
Telephone: (816) 472-6400
Facsimile:  (816) 472-6401
nleonard@constangy.com
hlake@constangy.com
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| **Melissa Jones, Jeanine Johnson, Kathleen O'Boyle, and Cathy Sar,**  **Plaintiffs,**  v.  **Hospice Family Care, Inc., a Delaware corporation,**  **Defendant.** | Case No. CV-13-01087-PHX-ROS  JOINT NOTICE OF SETTLEMENT |

Plaintiffs and Defendant, by and through their undersigned counsel, hereby give notice to the Court that they have reached a settlement in the above matter and are in the process of drafting the necessary documents to obtain Court approval of the settlement of Plaintiffs' individual Fair Labor Standards Act claims.  The Parties anticipate submitting the necessary documents for Court approval of the settlement in the next two weeks.

1

2484731.1

Respectfully submitted this 26th day of September, 2013.

CONSTANGY, BROOKS & SMITH, LLP


By: /s/ Nancy M. Leonard
   Nancy M. Leonard, AZ #020875, *pro hac vice*
   Heather M. Lake, admitted *pro hac vice*
   2600 Grand Boulevard, Suite 750
   Kansas City, Missouri 64108
   Telephone: (816) 472-6400
   Facsimile:  (816) 472-6401
   nleonard@constangy.com
   hlake@constangy.com
ATTORNEYS FOR DEFENDANT

and

LAW OFFICES OF MARSHALL A. MARTIN


By: /s/ Marshall A. Martin
   Marshall A. Martin, AZ  #010055
   8930 E. Raintree Drive, Suite 100
   Scottsdale, AZ  85260
   Telephone: (480) 444-9980
   Facsimile:  (480) 308-0015
   marshall@marshallmartinlaw.com
ATTORNEY FOR PLAINTIFFS

2484731.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September, 2013, a copy of the above Joint Notice of Settlement was electronically transmitted to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants. A copy of the filed Joint Notice of Settlement was electronically mailed to the Honorable Roslyn O. Silver.

           /s/ Nancy M. Leonard  
           Attorney for Defendant

2484731.1