# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Jones, et al., | No. CV-13-01087-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Hospice Family Care Incorporated, et al., | |
| Defendants. | |

This matter arose before the Court on the stipulation of settlement reached between the Parties to this action. This claim arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA") and, therefore, requires court approval. This Court has duly considered the representations and all of the submissions presented with respect to the Settlement Agreement and Release ("Agreement"), and all related documents addressing Plaintiffs' FLSA claims.

Accordingly,

**IT IS ORDERED** Parties' Joint Motion for Approval of Settlement Agreement (**Doc. 33**) is **GRANTED**.

**IT IS FURHTER ORDERED** Parties' settlement as outlined in the Joint Motion for Approval of Settlement Agreement and the Agreement is **APPROVED**. The Agreement is fair and reasonable and is in the best interests of Plaintiffs.

**IT IS FURTHER ORDERED** Plaintiffs' claims are **DISMISSED WITH PREJUDICE**, with this Court retaining continuing jurisdiction regarding the Agreement

and the Parties' compliance with the Agreement. Plaintiffs shall conclusively be deemed for all purposes to be permanently barred from commencing, prosecuting or otherwise maintaining in any court or forum any action against Defendant as set forth in the Agreement and related settlement documents.

**IT IS FURTHER ORDERED** this Order shall not be filed under seal.

Dated this 5th day of November, 2013.

_____
Roslyn O. Silver
Senior United States District Judge